IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHA M. CARTER,

    Plaintiff,        CV F 04 5345 AWI WMW   P

vs.            ORDER DISMISSING ACTION

M. YARBOROUGH, et al.,

    Defendants.
_____/

  Plaintiff is a state prisoner proceeding pro se. Plaintiff has filed a motion to voluntarily dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff may dismiss this action on his own motion, so long as a responsive pleading has not been filed. No defendant has been served, and no appearance has been entered by any defendant. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated: January 27, 2006**      **/s/ Anthony W. Ishii**
0m8i78             UNITED STATES DISTRICT JUDGE

1